UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

==Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.==

*[Signature: Judge Trauger]*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:14-00001 |
| | ) | Judge Trauger |
| COURTNEY MONTEZ SECREST | ) | |

## MOTION TO CONTINUE

Comes now the defendant, Courtney Secrest, by and through counsel, Sumter L. Camp, and hereby moves this Honorable Court to continue the trial date in the above styled cause which is presently set for June 10, 2014. In support of this motion defendant would refer the Court to the affidavit filed herewith.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2014, I electronically filed the foregoing Motion to Continue with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable William Lee Deneke, Assistant United States Attorney 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

*s/ Sumter L. Camp*
SUMTER L. CAMP